**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| MALIBU MEDIA, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 8:13-cv-03029-JFM |
| | : |
| JOHN DOE – IP: 69.143.168.49, | : |
| | : |
| Defendant. | : |

## DEFENDANT'S MOTION TO QUASH SUBPOENA

The Defendant, John Doe - IP: 69.143.168.49 (the "Doe Subscriber"), by undersigned counsel, hereby moves to quash the subpoena *duces tecum* issued by this Court on October 21, 2013, as permitted by this Court's Order of October 17, 2013 (the "Order"), and as grounds therefore states as follows:

1. The subpoena was issued to the Doe Subscriber's internet provider, Comcast. The subpoena and the Order are attached hereto collectively as Exhibit A.  Comcast's Legal Response Center has advised the Doe Subscriber that it will produce responsive records to Plaintiff, revealing among other things, her actual identity, unless a Motion to Quash is filed before December 4, 2013.

2. The subpoena should be quashed because it is overbroad, intrusive, and invades the Doe Subscriber's privacy.

3. The Doe Subscriber states that she has not infringed Malibu Media, LLC's copyrights by uploading or downloading its content without permission.

4. The Doe Subscriber is awaiting receipt of information she has requested from Comcast that she believes will help establish that she is not responsible for the infringement

alleged in this case. That information should be available in the next seven (7) days, according to Comcast's Legal Response Center.

5. And for such other and further reasons that will become apparent when the Doe Subscriber has received the requested information from Comcast.

6. The Doe Subscriber is mailing to the Clerk of the Court an executed copy of the *Ex Parte* Notice of Identity and Current Address as required by the Order.

Respectfully submitted,

LERCH, EARLY & BREWER, CHTD.

/s/Stanley J. Reed
Stanley J. Reed (Md. Bar No. 00315)
sjreed@lerchearly.com
3 Bethesda Metro Center, Suite 460
Bethesda, MD 20814
(301) 986-1300 (Phone)
(301) 347-1774 (Facsimile)
*Attorney for John Doe – IP: 69.143.168.49*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December 2013, I caused the foregoing to be filed electronically, which will send a notice of the electronic filing to the following:

Jon A. Hoppe, Esquire

*Attorney for Plaintiff Malibu Media, L.L.C.*

/s/Stanley J. Reed
Stanley J. Reed

2

1616242.1                                                                       87689.001