UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

January 23, 2014

MEMO TO COUNSEL RE: Malibu Media, LLC v. John Doe subscriber assigned
IP address 69.143.168.49
Civil No. JFM-13-3029

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant's motion to quash subpoena (document 8). The motion is denied. A conclusory allegation that defendant has not infringed plaintiff's copyrights is not sufficient to deprive plaintiff of the discovery it seeks.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge