# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MALIBU MEDIA, LLC, | : |
|     Plaintiff, | : |
| v. | : Case No. 8:13-cv-03029-JFM |
| JOHN DOE – IP: 69.143.168.49, | : |
|     Defendant. | : |

## DEFENDANT'S MOTION FOR RECONSIDERATION

The Defendant, John Doe - IP: 69.143.168.49 (the "Doe Subscriber" or "Ms. Doe"), by undersigned counsel, hereby moves the Court for reconsideration of its Order entered on Friday, January 24, 2013 denying Defendant's Motion to Quash, and in support of this Motion, states as follows:

1. The Doe Subscriber had previously moved to quash the subpoena issued in the above-referenced case. She is awaiting information from her internet provider, Comcast, with respect to the IP address at issue in the Complaint.

2. The Doe Subscriber has received an IP history from Comcast, indicating that she was randomly assigned the IP address on June 16, 2013. (**Exhibit A**, attached hereto)

3. Of the eleven alleged infringements set forth in Exhibit A to the Complaint, eight occurred **prior** to June 16, 2013. Those infringements cannot be attributed in any way to Ms. Doe. The subject matter and contents of the remaining three infringements that allegedly occurred after June 16, 2013 are consistent with those of the earlier infringements.

4. Ms. Doe states unequivocally that she has never downloaded, watched or accessed in any way any of the alleged infringed materials listed in Exhibit A to the Complaint.

(See Affidavit attached hereto as **Exhibit B**).[1] She is unaware of who the infringer is. She is gainfully employed, middle-aged, lives alone, and to her knowledge nobody has physical access to her internet account.

5. Ms. Doe, however, has a wireless router. Upon information and belief, counsel states that by wirelessly hacking into her router, somebody has been able to utilize her IP address for the alleged infringements, making it appear that she is downloading the material. Ms. Doe's internet provider, Comcast, has confirmed that this can be done.

6. Through undersigned counsel, Ms. Doe has offered to submit her computer and router for a forensic examination by Plaintiff. Plaintiff's counsel has not yet responded to that offer.

7. Ms. Doe has not infringed any of the copyrighted materials at issue. The release of her name and address under the circumstances would be publically embarrassing and humiliating, cause her great anguish, and could possibly affect her employment.

WHEREFORE, the Doe Subscriber respectfully requests that this Court reconsider its Order and grant the Motion to Quash.

                                                Respectfully submitted,

                                                LERCH, EARLY & BREWER, CHTD.

                                                /s/Stanley J. Reed
                                                Stanley J. Reed (Md. Bar No. 00315)
                                                sjreed@lerchearly.com
                                                3 Bethesda Metro Center, Suite 460
                                                Bethesda, MD  20814
                                                (301) 986-1300 (Phone)
                                                (301) 347-1774 (Facsimile)
                                                *Attorney for John Doe – IP: 69.143.168.49*

---

[1] Ms. Doe has previously submitted an Ex Parte Notice of Identity and Current Address. Undersigned counsel certifies that Ms. Doe signed the Affidavit in his presence.

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January 2014, I caused the foregoing to be filed electronically, which will send a notice of the electronic filing to the following:

Jon A. Hoppe, Esquire
*Attorney for Plaintiff Malibu Media, L.L.C.*

                                              /s/Stanley J. Reed
                                              Stanley J. Reed