
COMCAST

NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax



December 13, 2013

**VIA UPS DELIVERY**

████████████

Re: Subscriber Request
Comcast File #: **520877**

Dear ████████:

The Subscriber Request received on 12/12/2013 with respect to the above-referenced matter has been forwarded to the Legal Response Center for a reply. The Subscriber Request asks Comcast to produce certain subscriber account records pertaining to the following: **account number** ████ **for the past 180 days.**

Based on the information provided pursuant to the Subscriber Request, the subscriber information obtained has been provided below:

Subscriber Name:
Service Address:         ████████████

Telephone Number:
Type of Service:         Comcast High Speed Internet
Account Number:          ████████
IP History:              See enclosed

If you need further assistance, or if you have any questions regarding this matter, please feel free to call 866-947-8572.

Very Truly Yours,

Comcast Legal Response Center

EXHIBIT A

IP History

69.143.168.49

| IP Address | Lease Grant (UTC) | Lease Expiration (UTC) |
|---|---|---|
| 69.143.168.49 | 06/16/2013 15:12:45 | * |

\* **Report generated on 12/13/2013 14:10:40** - All times are shown in UTC.