UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 8:13-cv-03029-JFM |
| | : | |
| JOHN DOE – IP: 69.143.168.49, | : | |
| Defendant. | : | |

## DEFENDANT'S AFFIDAVIT

1. I am The Defendant, John Doe - IP: 69.143.168.49 (the "Doe Subscriber"). I am over 18 years old and am competent to make this affidavit.

2. I have previously submitted to the Court an *Ex Parte* Notice of Identity and current address form.

3. I have reviewed Exhibit A of the Complaint in this case, listing eleven statutory claims, and state unequivocally that I am not familiar with any of the eleven titles set forth therein, did not download, watch or access any of these titles, or any other pornography, and have no knowledge as to who may have used my IP address for those purposes.

4. I do have internet access through a wireless router and I understand it is possible that others may be able to access my IP address through my wireless router. I am unaware whether my router is password protected.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PESONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT.

_1/29/14_  
Date

_Jane Doe_  
Jane Doe ("Doe Subscriber")

1657885.1

**EXHIBIT B**