UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| **Plaintiff,** | * | CASE NO. 8:13-cv-03029-JFM |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 69.143.168.49,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME
WITHIN WHICH IT HAS TO SERVE JOHN DOE DEFENDANT
<u>WITH A SUMMONS AND COMPLAINT</u>**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, moves for entry of an order extending the time within which Plaintiff has to serve John Doe Defendant with a Summons and Complaint, and states:

1. This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their internet service provider ("ISP").

2. On October 17, 2013, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Comcast Corporation, to obtain the Defendant's identifying information [CM/ECF 7]. Plaintiff issued the subpoena on or about October 21, 2013, and expected to receive the ISP's response by December 9, 2013.

3. To date, Plaintiff has not received a response to the subpoena because Defendant filed a Motion for Reconsideration of the Order denying Defendant's Motion to Quash, which currently remains pending before the Court [CM/ECF 12]. The ISP has advised that it is unable

to produce the Defendant's identity to Plaintiff until after the pending motion has been adjudicated.

    4.    Pursuant to Rule 4(m), Plaintiff had until last Saturday, February 8, 2014, to effectuate service of the summons and Complaint upon Defendant. As Plaintiff does not yet know Defendant's true identity, it is been unable to complete service on them by the current deadline.

    5.    Procedurally, Plaintiff respectfully requests that the time within which it must effectuate service of a summons and Complaint on Defendant be extended until at least thirty (30) days after this Court enters a ruling on the pending motion. Such extension will allow undersigned sufficient time within which to obtain the Defendant's true identity, should the Court rule in Plaintiff's favor, confer with Plaintiff regarding service, and prepare the appropriate pleadings to effectuate service on the Defendant.

    WHEREFORE, Plaintiff respectfully requests that the time within which it must serve the John Doe Defendant be extended until thirty (30) days after the Court enters a ruling on the pending Motion for Reconsideration [CM/ECF 12]. A proposed order is attached for the Court's convenience.

Dated: February 10, 2014

Respectfully submitted,

MALIBU MEDIA, LLC.
PLAINTIFF

By: /s/*Jon A. Hoppe*
Jon A. Hoppe, Esquire #6479
Counsel
Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 10, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/*Jon A. Hoppe*